USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-13-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PHYLLIS ROGERS,

                       Plaintiff,

     v.

THE CITY OF NEW YORK, et al.,

                       Defendants.
------------------------------------------------------------x

**ORDER**

07 Civ 10565 (LBS)

SAND, J.

      The docket sheet in this action indicates that a Complaint was filed on November 26, 2007 and that defendants filed a motion to dismiss this action pursuant to Fed. R. Evid. 12(b)(6) on March 20, 2008. Plaintiff did not submit an opposition to the Motion to Dismiss, and failed to appear at oral argument held on April 10, 2008.

      If plaintiff wishes to oppose defendants' motion to dismiss, she is directed to do so in writing by June 13, 2008. If plaintiff fails to oppose this motion, <u>this action may be dismissed</u>.

      Please be aware that the Pro Se Office at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York, 10007 (Telephone: (212) 805-0175) may be of assistance in connection with court procedures.

SO ORDERED.

Dated: New York, NY
         May 13, 2008

                                               */s/ Leonard B. Sand*
                                               U.S.D.J.

COPIES MAILED TO ALL PARTIES
5-13-08   2.7.